IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| MICHAEL TYRONE THOMPSON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv533 |
| BRENDA HOGG, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Michael Tyrone Thompson, an inmate confined in the Henderson County Jail, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Dkt. #11) concluding that the lawsuit should be dismissed for want of prosecution and failure to obey an order. As of today, Mr. Thompson has not complied with the order. The case should thus be dismissed for want of prosecution and failure to obey an order.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections being raised by Mr. Thompson to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the complaint is **DISMISSED** without prejudice for want of prosecution and failure to obey an order of the court. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 5 day of **February, 2019.**

_____
Thad Heartfield
United States District Judge